**No. 47966.**—Protest 92689–K of Givaudan-Delawanna, Inc. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question consists of cresylic acid the same in all material respects as that involved in *Lehn & Fink Products Corp.* v. *United States* (7 Cust. Ct. 182, C. D. 564) which record was incorporated herein.   In accordance therewith the claim at 20 percent ad valorem and 3½ cents per pound under paragraph 27 (b) was sustained.

BEFORE THE THIRD DIVISION, JANUARY 28, 1943

**No. 47967.**—Protests 40847–K/12169, etc., of Half Moon Mfg. & Trading Co., Inc. (New Orleans).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the peat moss in question is similar to that the subject of *Half Moon Manufacturing & Trading Co.* v. *United States* (9 Cust. Ct. 37, C. D. 656) the claim for free entry was sustained.

**No. 47968.**—Protests 48444–K, etc., of Half Moon Mfg. & Trading Co., Inc. (Boston).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the peat moss in question is similar to that the subject of *Half Moon Manufacturing & Trading Co.* v. *United States* (9 Cust. Ct. 37, C. D. 656) the claim for free entry was sustained.